UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------x

HARTFORD LIFE INSURANCE COMPANY,

          Plaintiff,

v.

RONALD ROSENFELD, THE NORTH
SHORE LIFE AND HEALTH AGENCY, INC.,
and STEPHEN L. BRENNER, M.D.,

          Defendants.

-------------------------------------------------------------x

Civil Action No.: 05-5542 (KSH)

**ORDER**

      **THIS MATTER** having come before the Court for a pretrial/settlement conference on April 21, 2008; and Louis DiGiaimo, Esq., and Loren Pierce, Esq., appearing for plaintiff Hartford Life Insurance Company, and Eve-Lynn Gisonni, Esq., appearing for defendants Ronald Rosenfeld, and the North Shore Life and Health Agency, Inc., and Richard J. Quadrino, Esq., and Harold J. Levy, Esq., appearing for defendant Stephen L. Brenner;

      **AND** the parties failing to reach a settlement at this time, and the Court finding that a further settlement conference may aid in the resolution of this matter, and the Court having scheduled a further settlement/status conference for May 21, 2008, at 10:00 a.m.;

      **NOW, THEREFORE,** it is on this 30th day of April, 2008, hereby

      **ORDERED:**

      THAT defendant Brenner shall appear in person at the May 21, 2008 conference;

      THAT all party representatives, other than Brenner, shall be available for consultation by phone during the conference;

      THAT the briefing schedule set forth in the Pretrial Order, for dispositive motions, is amended as follows:

          Moving briefs shall be filed no later than June 10, 2008;

          Opposition briefs, if any, shall be filed no later than July 18, 2008;

          Reply briefs, if any, shall be filed no later than July 25, 2008; and

          The motion return date shall be August 1, 2008, and the Court will notify the parties prior to that date if oral argument is required.

      **SO ORDERED:**

                                        /s/ Katharine S. Hayden
                                        Katharine S. Hayden, U.S.D.J.